## 20297. BOYLES v. RAMSEY MOTOR COMPANY.

BROYLES, C. J. The only assignment of error in the bill of exceptions is upon the refusal to grant a new trial, and the motion for a new trial contains the usual general grounds only. There was some evidence authorizing the verdict, and, the finding of the jury having been approved by the trial court, this court is without authority to interfere.

> *Judgment affirmed. Luke and Bloodworth, JJ., concur.*
>
> DECIDED APRIL 15, 1930.

Clarence T. Guyton, George W. Felzer Jr., for plaintiff in error.

Y. E. Bargeron, Ulmer & Dowell, contra.